IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN H. DUGAN, et al., <br>     Plaintiffs, <br><br> v. <br><br> TOWERS, PERRIN, FORSTER & CROSBY, INC., et al., <br>     Defendants. | CIVIL ACTION <br><br> No. 2:09-cv-5099 |

## ORDER

**AND NOW,** this 11th day of December, 2012, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 98), the responses and replies thereto, and for the reasons stated in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motions to Strike (Doc. Nos 139, 140 and 142) are **DENIED as MOOT**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants. The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

                                                    **BY THE COURT:**

                                                    **/s/ Mitchell S. Goldberg**

                                                    **Mitchell S. Goldberg, J.**